Law Offices of Todd M. Friedman, P.C.
Todd M. Friedman (216752)
21031 Ventura Blvd., Suite 340
Woodland Hills, CA 91364
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LALA SLOATMAN, individually and on behalf of all others similarly situated, ) ) | Case No. 2:22-cv-04095-RGK-JEM |
| Plaintiff, ) ) | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| vs. ) ) ) | |
| DSC ELITE FINANCIAL SERVICES, INC. and DOES 1 through 10, inclusive, and each of them, ) ) ) ) | |
| Defendants. ) | |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case without prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Although this case was filed as a class action, no

class has been certified, and court approval of this voluntary dismissal is therefore not required under Rule 23(a) of the Federal Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this 31st day of October, 2022.

By: s/Todd M. Friedman
Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

# CERTIFICATE OF SERVICE

Filed electronically on this 31st day of October, 2022, with:

**United States District Court CM/ECF system**

And hereby served upon all parties

This 31st day of October, 2022.

By: s/Todd M. Friedman
   Todd M. Friedman